FILED
2026 Oct-27 PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RAUL IGNACIO GALVEZ VEGA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:26-cv-1654-LCB-NAD** |
| | ) | |
| **BARRY SMITH**, ***et al.***, | ) | |
| | ) | |
| **Respondents.** | ) | |

# MEMORANDUM

On October 26, 2026, Petitioner Raul Ignacio Galvez Vega filed a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1] (Doc. 9). Because the petitioner has filed a notice of dismissal before the opposing parties served either an answer or a motion for summary judgment, the case was dismissed without prejudice immediately upon filing of the notice. *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (holding that a proper notice of dismissal under Rule 41(a)(1)(A)(i) "is effective immediately upon filing . . . and no subsequent court order is required.").

---

[1] Plaintiffs may dismiss a lawsuit voluntarily by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, except in suits involving class or derivative actions, unincorporated associations, receiverships, or any other applicable federal statute. FED. R. CIV. P. 41(a)(1)(A)(i). None of these exceptions apply in this case.

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** this October 27, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE